UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

PIERRE MONSOUR, as Representative Heir-at-Law of YOUSSEF HOUAYEK, deceased,

*Plaintiff,*

v.  Case No. 5:21-cv-04070-HLT-ADM

UNITED STATES OF AMERICA, acting through and herein for the DEPARTMENT OF HEALTH AND HUMAN SERVICES and Community Health Center of Southeast Kansas, Inc., d/b/a PITTSBURG WALK-IN CARE,

*Defendant.*

## STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE

NOW COMES plaintiff, through his counsel of record, and voluntarily dismisses this action with prejudice, by stipulation of the parties, pursuant to F.R.C.P. 41(a)(1)(A)(ii). The parties stipulate that each shall bear their own costs in this action.

It is SO STIPULATED TO BY THE PARTIES:

| HUTTON & HUTTON LAW FIRM, LLC | DUSTON J. SLINKARD |
| --- | --- |
| | United States Attorney |
| | District of Kansas |
| /s/ Blake A. Shuart | /s/ Thomas E. Beall |
| Blake A. Shuart, # 24463 | Thomas E. Beall |
| Kaylea D. Knappenberger, #28902 | Assistant United States Attorney |
| Hutton & Hutton Law Firm, L.L.C. | Ks. S. Ct. No. 19929 |
| 8100 E. 22nd St. N., Bldg. 1200 | 444 SE Quincy Street, Suite 290 |
| Wichita, Kansas 67226 | Topeka, Kansas 66683-3592 |
| Phone: 316-688-1166 | Phone: 785-295-2850 |
| Fax:    316-686-1077 | Fax : 785-295-2853 |
| Blake.Shuart@huttonlaw.com | thomas.beall@usdoj.gov |
| *Attorneys for Plaintiff* | *Attorneys for Defendant* |